IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BLAKE MILLER *et al.*, | § |
| Plaintiffs | § § § |
| VS. | § CIVIL ACTION NO. 4:19-CV-2072 |
| UNITED STATES OF AMERICA | § § § |
| Defendant. | § § |

## ORDER

Before the Court is Defendant's Motion to Transfer Venue (Doc. No. 10). Plaintiffs have filed their response (Doc. No. 11) and Defendant has filed its reply (Doc. No. 12). After considering the parties' arguments and applicable law, the Court hereby ORDERS that for the convenience of the parties and witnesses and in the interest of justice, this case is herby TRANSFERRED to the U.S. District Court of Nevada, Las Vegas Division.

Signed in Houston, Texas this 26th day of July, 2019.

Andrew S. Hanen
United States District Judge