# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:19–cv–02072

Miller et al v. UNITED STATES OF AMERICA  
Assigned to: Judge Andrew S Hanen  
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 06/06/2019  
Date Terminated: 07/26/2019  
Jury Demand: None  
Nature of Suit: 362 Personal Inj. Med. Malpractice  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Blake Miller**     represented by     **Tom Jacob**  
Whitehurst Harkness et al  
7500 Rialto Blvd  
Bldg Two, Ste 250  
Austin, TX 78735  
512–476–4346  
Email: tjacob@nationaltriallaw.com  
*ATTORNEY TO BE NOTICED*

**Jamal K Alsaffar**  
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham  
Suite 250  
7500 Rialto Blvd., Bldg. Two  
Ste 250  
Austin, TX 78735  
512–476–4346  
Fax: 512–476–4400  
Email: jalsaffar@nationaltriallaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenna Miller**     represented by     **Tom Jacob**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Jamal K Alsaffar**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES OF AMERICA**     represented by     **Fred Turner Hinrichs**  
US Attorney's Office  
1000 Louisiana, Suite 2300  
Houston, TX 77002  
713–567–9529

Fax: 713–718–3303
Email: fred.hinrichs@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2019 | Ï 1 | COMPLAINT against UNITED STATES OF AMERICA (Filing fee $ 400 receipt number 0541–22568969) filed by Blake Miller, Jenna Miller. (Attachments: # 1 Exhibit A)(Alsaffar, Jamal) (Entered: 06/06/2019) |
| 06/06/2019 | Ï 2 | Request for Issuance of Summons as to UNITED STATES OF AMERICA, Attorney General of the US, Assistant US Attorney, filed.(Alsaffar, Jamal) (Entered: 06/06/2019) |
| 06/07/2019 | Ï 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/6/2019 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy(Signed by Judge Andrew S Hanen) Parties notified.(ckrus, 4) (Entered: 06/07/2019) |
| 06/07/2019 | Ï 4 | Summons Issued as to UNITED STATES OF AMERICA, U.S. Attorney Ryan K. Patrick and U.S. Attorney General Willaim Barr, parties notified via NEF, filed.(jdav, 4) (Entered: 06/07/2019) |
| 06/17/2019 | Ï 5 | NOTICE of Appearance by Tom Jacob on behalf of Blake Miller, Jenna Miller, filed. (Jacob, Tom) (Entered: 06/17/2019) |
| 06/17/2019 | Ï 6 | NOTICE *of Financial Interest* by Blake Miller, Jenna Miller, filed. (Jacob, Tom) (Entered: 06/17/2019) |
| 06/24/2019 | Ï 7 | RETURN of Service of SUMMONS Executed as to UNITED STATES OF AMERICA served on 6/13/2019, answer due 8/12/2019, filed.(Jacob, Tom) (Entered: 06/24/2019) |
| 06/24/2019 | Ï 8 | RETURN of Service of SUMMONS Executed as to UNITED STATES OF AMERICA served on 6/17/2019, answer due 8/16/2019, filed.(Jacob, Tom) (Entered: 06/24/2019) |
| 07/01/2019 | Ï 9 | CERTIFICATE OF INTERESTED PARTIES by UNITED STATES OF AMERICA, filed.(Hinrichs, Fred) (Entered: 07/01/2019) |
| 07/03/2019 | Ï 10 | MOTION to Transfer Case to United States District Court of Nevada, Las Vegas Division by UNITED STATES OF AMERICA, filed. Motion Docket Date 7/24/2019. (Attachments: # 1 Exhibit A, Plaintiffs' Administrative Claims, # 2 Judge's Procedures Certificate of Conference, # 3 Proposed Order)(Hinrichs, Fred) (Entered: 07/03/2019) |
| 07/23/2019 | Ï 11 | RESPONSE in Opposition to 10 MOTION to Transfer Case to United States District Court of Nevada, Las Vegas Division, filed by Blake Miller, Jenna Miller. (Attachments: # 1 Exhibit 1. Declaration of Jenna Miller, # 2 Exhibit 2. Emails, # 3 Proposed Order)(Jacob, Tom) (Entered: 07/23/2019) |
| 07/25/2019 | Ï 12 | REPLY in Support of 10 MOTION to Transfer Case to United States District Court of Nevada, Las Vegas Division, filed by UNITED STATES OF AMERICA. (Attachments: # 1 Proposed Order)(Hinrichs, Fred) (Entered: 07/25/2019) |
| 07/25/2019 | Ï 13 | SURREPLY to 10 MOTION to Transfer Case to United States District Court of Nevada, Las Vegas Division, filed by Blake Miller, Jenna Miller. (Attachments: # 1 Exhibit 1. Letter to Gov't Counsel, # 2 Exhibit 2. Email from Gov't Counsel)(Jacob, Tom) (Entered: 07/25/2019) |
| 07/26/2019 | Ï 14 | ORDER granting 10 Motion to Transfer Case to US Distict Court, Las Vegas Division, Navada.(Signed by Judge Andrew S Hanen) Parties notified.(jdav, 4) (Entered: 07/26/2019) |

| 07/26/2019 | 15 | ORDER TO TRANSFER CASE to US District Court for Nevada, Las Vegas Division (Signed by Judge Andrew S Hanen) Parties notified.(jdav, 4) (Entered: 07/26/2019) |
|---|---|---|
| 07/26/2019 |  | Interdistrict transfer to US District Court of Nevada, Las Vegas Division. Case transferred electronically. Case terminated on 7/26/2019, filed. (jdav, 4) (Entered: 07/26/2019) |