UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BLAKE MILLER, et al.,

        Plaintiff(s),

vs.

UNITED SATES OF AMERICA,

        Defendant(s).

2:19−cv−01293−APG−VCF

MINUTE ORDER

July 26, 2019

PRESENT:
The Honorable   Andrew P. Gordon  , U.S. District Judge

Deputy Clerk:   Monica Reyes        Recorder/Reporter:  None Appearing

Counsel for Plaintiff(s):  None Appearing     Counsel for Defendant(s):  None Appearing

    The above−entitled action was received on 7/26/2019 pursuant to a court order directing transfer from the Southern District of Texas and assigned case number 2:19−cv−01293−APG−VCF . All future documents filed with this court shall bear said correct case number.

    IT IS ORDERED that all non−resident counsel shall file a Verified Petition, Motion for Permission to Practice in This Case Only by **09/09/2019**. This form is available on the court's website at www.nvd.uscourts.gov.

    IT IS FURTHER ORDERED that counsel shall have until **08/25/2019**, to file a Joint Status Report which shall:

    1. Set forth the current status of this action, including a list of pending motions and/or other matters requiring the attention of this Court.

    2. Include a statement by counsel of action required to be taken by this Court.

DEBRA K. KEMPI, CLERK

By:  /s/ Monica Reyes

Deputy Clerk