NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Blake and Jenna Miller, individually and on behalf of C.M., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:19-cv-01293-APG-VCF<br><br>**Defendant United States of America's Stipulation to Substitute Counsel** |

Pursuant to Local Rule IA 11-6(c), Defendant United States of America files this stipulation to substitute Brianna Smith, Assistant United States Attorney for the District of Nevada, in place of Assistant United States Attorney for the Southern District of Texas, Fred T. Hinrichs. This stipulation will not result in any delay of the proceedings in the case.

Respectfully submitted this 30th day of July 2019.

**NICHOLAS A. TRUTANICH**
United States Attorney
District of Nevada

 /s/ Brianna Smith
BRIANNA SMITH
Assistant United States Attorney

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

 /s/ Fred T. Hinrichs
FRED T. HINRICHS
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 31, 2019

## Certificate of Service

I hereby certify that on July 30, 2019, I electronically filed and served the foregoing **Stipulation to Substitute Counsel** with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                          *s/ Brianna Smith*
                                          BRIANNA SMITH
                                          Assistant United States Attorney
                                          United States Attorney's Office