1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3
   BRIANNA SMITH
4  Assistant United States Attorney
   Nevada Bar No. 11795
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   Brianna.Smith@usdoj.gov
7
   *Attorneys for the United States*
8

9           **UNITED STATES DISTRICT COURT**
10              **DISTRICT OF NEVADA**

11  | Blake and Jenna Miller, individually and on | Case No. 2:19-cv-01293-APG-VCF |
    | behalf of C.M., a minor child, | |
12  | | |
    | Plaintiffs, | **Stipulation to Extend the United States'** |
13  | | **Deadline to Answer Complaint** |
    | v. | |
14  | | |
    | United States of America, | |
15  | | |
    | Defendant. | |
16

17

18          Plaintiffs Blake and Jenna Miller, individually and on behalf of C.M., and Defendant

19  United States of America, through counsel, hereby stipulate and agree as follows:

20          1. Plaintiffs served the United States with a copy of the Summons and Complaint on

21  June 13, 2019.

22          2. The deadline for the United States to answer or otherwise respond is August 12,

23  2019.

24          3. The United States is diligently working to obtain the necessary documents and

25  information to determine an appropriate response to the Complaint but needs additional

26  time due to the complexity of the case.

27          4. The parties have agreed to extend the deadline to answer to September 12, 2019.

28          5. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for an answer or other response to September 12, 2019.

Respectfully submitted this 8th day of August 2019.

Whitehurst, Harkness, Brees, Cheng,
Alsaffar, Higginbotham & Jacob, PLLC

NICHOLAS A. TRUTANICH
United States Attorney

 */s/ Jamal Alsaffar*_____
JAMAL ALSAFFAR
7500 Rialto Blvd.
Bldg. Two, Suite 250
Austin, Texas 78735
jalsaffar@nationaltriallaw

 */s/ Brianna Smith*_____
BRIANNA SMITH
Assistant United States Attorney

*Attorneys for the United States*

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____

2