NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Blake and Jenna Miller, individually and on behalf of C.M., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:19-cv-01293-APG-VCF<br><br>**Stipulation to Extend the United States' Deadline to Answer Complaint** |

Plaintiffs Blake and Jenna Miller, individually and on behalf of C.M., and Defendant United States of America, through counsel, hereby stipulate and agree as follows:

1. Plaintiffs served the United States with a copy of the Summons and Complaint on June 13, 2019.

2. The deadline for the United States to answer or otherwise respond is August 12, 2019.

3. The United States is diligently working to obtain the necessary documents and information to determine an appropriate response to the Complaint but needs additional time due to the complexity of the case.

4. The parties have agreed to extend the deadline to answer to September 12, 2019.

5. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for an answer or other response to September 12, 2019.

Respectfully submitted this 8th day of August 2019.

| | |
|---|---|
| Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham & Jacob, PLLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Jamal Alsaffar*<br>JAMAL ALSAFFAR<br>7500 Rialto Blvd.<br>Bldg. Two, Suite 250<br>Austin, Texas 78735<br>jalsaffar@nationaltriallaw | */s/ Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 8, 2019