NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Blake and Jenna Miller, individually and on behalf of C.M., a minor child,<br><br>          Plaintiffs,<br><br>     v.<br><br>United States of America,<br><br>          Defendant. | Case No. 2:19-cv-01293-APG-VCF<br><br>**Stipulation and Order to Amend Discovery Plan and Extend Deadlines (First Request)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiffs Blake and Jenna Miller, individually and on behalf of C.M., and Defendant United States of America, through counsel, submit the following Stipulation to Extend Deadlines 90 days. This is the first request for an extension of case deadlines.

**A.     Discovery Completed:**

1.     The parties have exchanged Rule 26(a) disclosures.

2.     The United States has subpoenaed Plaintiffs' medical records from eleven health care providers and the responses to those requests are coming in and are continually supplemented through supplemental disclosure statements.

2.     The United States has served discovery requests (interrogatories and requests for production) and Plaintiffs have responded to those requests.

**B.    Discovery Remaining:**

The parties plan to serve additional written discovery and conduct depositions of the Plaintiffs and treating physicians. Additionally, the parties will designate and depose retained and non-retained medical experts.

**C.    Need for Extension of Discovery Plan:**

Plaintiffs filed their complaint on June 6, 2019, in the Southern District of Texas. *See generally, Miller et al. v. United States*, 4:19-cv-2072 (S.D. Tex.).  The case was transferred to the District of Nevada on July 26, 2019.  ECF No. 15. Thereafter, the United States filed its Answer to the Complaint on September 12, 2019. ECF No. 29.

This is a complex medical malpractice case which arises out of treatment and care rendered during the pre-natal, delivery, and resuscitation of an infant, C.M.  As a result, the case implicates many practice areas which necessarily requires expert analysis from medical experts. The United States is actively reviewing and retaining medical experts for the case, but needs additional time to continue these efforts.  Additionally, the United States intends to depose Plaintiffs possibly in March or April.  The Plaintiffs' intend to depose the involved treating physicians in the coming months as well.  As a result, additional time is needed to accommodate depositions and expert retention and designations.

**D. Proposed New Discovery Schedule**

**1. Discovery Cutoff date:** Discovery cutoff is currently scheduled for May 19, 2020, and will be extended to **August 27, 2020.**

**2. Interim Status Report:** An interim status report currently scheduled for March 19, 2020, will be continued to **June 17, 2020,** which is 60 days prior to the discovery cutoff.

**3. Expert Disclosures:**  Initial expert disclosures currently due March 19, 2020, will be continued to **June 17, 2020**; and Rebuttal expert disclosures currently due April 20, 2020, will be continued to **July 20, 2020.**

**4. Dispositive Motions:** Dispositive motions currently due June 18, 2020, will be continued to **September 16, 2020**, which is 30 days after discovery cutoff.

**5. Pretrial Order:** A Joint Pretrial Order shall be filed by **October 19, 2020,** which is 30 days after the deadline for filing dispositive motions. However, if any dispositive motions are filed, then the Joint Pretrial order shall be due 30 days after decision on such motion(s).  Disclosures under Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the Joint Pretrial order.

Respectfully submitted this 20th day of February 2020.

Whitehurst, Harkness, Brees, Cheng,
Alsaffar, Higginbotham & Jacob, PLLC

NICHOLAS A. TRUTANICH
United States Attorney


 */s/ Jamal Alsaffar*
JAMAL ALSAFFAR
7500 Rialto Blvd.
Bldg. Two, Suite 250
Austin, Texas 78735
jalsaffar@nationaltriallaw.com

 */s/ Brianna Smith*
BRIANNA SMITH
Assistant United States Attorney

*Attorneys for the United States*

*Attorneys for Plaintiffs*




**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

2-24-2020
**DATED:** _____