Danial Laird
Nevada Bar #11831
dan@lairdlaw.com
Jamal K. Alsaffar, *pro hac vice*
Texas Bar #24027193
jalsaffar@nationaltriallaw.com
Tom Jacob, *pro hac vice*
Texas Bar #24069981
tjacob@nationaltriallaw.com
7500 Rialto Blvd
Bldg. Two, Ste. 250
Austin, Texas 78735
*Attorneys for the Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **BLAKE** and **JENNA MILLER**, Individually and on Behalf of **C.M.**, a Minor Child,<br><br>Plaintiffs<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant | Case Number<br>2:19-cv-01293-APG-VCF<br><br><br>**STIPULATION AND ORDER TO AMEND DISCOVERY PLAN & EXTEND DEADLINES**<br><br>**(Third Request)** |

1    Under Local Rule 26-4 and IA 6-1, Plaintiffs and Defendant submit the follow-

2    ing Stipulation to Extend Certain Deadlines by 30 days. This is the third request.

3

4    **A. Discovery Completed**

1    1.  The Parties have exchanged Rule 26(a) disclosures and multiple sup-

2        plements.

3    2.  The Parties have served and responded to written discovery (Request

4        for Production, Interrogatories, and Request for Admissions).

5    3.  The United States has subpoenaed and received Plaintiffs' medical rec-

6        ords from all known providers.

7    4.  The United States has completed its medical examination of the in-

8        jured minor child, C.M.

9    5.  Plaintiffs completed the depositions of three treating healthcare pro-

10       viders.

11   **B.  Need for Discovery Extension**

12       The retained expert designation is currently set for **August 17, 2020.** The Par-

13   ties are jointly requesting a thirty-day extension to the expert discovery deadline to

14   **September 17, 2020** which in turn will require a thirty extension for the remain-

15   ing deadlines.

16       The Parties believe good cause exists for the following reasons: Due to the

17   COVID-19 pandemic, the parties could not schedule the remote depositions of three

18   key treating healthcare providers until July 28, August 7, and August 13, 2020, re-

19   spectively. All three were former United States employees and involved in the care

20   that forms the basis of the suit. But they have since departed the United States' em-

21   ploy, live in three different states, and coordination of their remote depositions

1    along with technology logistics required some time to schedule and complete. Coun-

2    sel for Plaintiffs and Defendant were diligent in navigating these difficulties in or-

3    der to schedule and complete these depositions as soon as practicable.

4        Because the depositions were just completed (August 13th), the Parties have not

5    received the transcripts to provide their experts for review.  The experts for both

6    Parties will then need time to review the transcripts prior to submission of their re-

7    ports.

8        The Parties agree that a thirty-day extension of the current expert deadline

9    should provide sufficient time for the experts to review the recently completed depo-

10   sitions and provide their reports.

11   **C.  Proposed New Discovery Schedule**

12     1.  **Discovery Cutoff date**: The current date is October 27, 2020 and will

13        be extended to **November 27, 2020.**

14     2.  **Interim Status Report:** The interim status report currently sched-

15        uled for August 17, 2020, will be continue to **September 27, 2020,**

16        which is 60 days prior to the discovery cutoff.

17     3.  **Expert Disclosures:** Expert disclosures currently due August 17,

18        2020, will be continued to **September 17, 2020.** Rebuttal expert dis-

19        closures currently due September 17, 2020 will be continued to **Octo-**

20        **ber 19, 2020.**

1    4. **Dispositive Motions:** Dispositive motions currently due November

2    16, 2020, will be continued to December 17, 2020, three weeks follow-

3    ing the discovery cutoff.

4    5. **Pretrial Order:** A Joint Pretrial Order shall be filed by **January 18,**

5    **2021,** which is 30 days following the dispositive motion deadline. How-

6    ever, if any dispositive motions are filed, the the Joint Pretrial Order

7    shall be due thirty days after decision on such motion(s). Disclosures

8    under Fed R. Civ. P. 26(a)(3) and any objections to them shall be in-

9    cluded in the Joint Pretrial Order.

10   Respectfully submitted this 17th day of August 2020.

11   Whitehurst, Harkness, Brees, Cheng,      NICHOLAS A. TRUTANICH

12   Alsaffar, Higginbotham, & Jacob, PLLC   United States Attorney

13

14   /s/ *Jamal K. Alsaffar*                 /s/ *Brianna Smith*

15   Jamal K. Alsaffar                       Brianna Smith
16   7500 Rialto Blvd., Bldg. Two            Assistant United States Attorney
17   Suite 250                               *Attorney for the United States*
18   Austin, Texas 78735
19   jalsaffar@nationaltriallaw.com
20   *Attorneys for Plaintiff*

21

22                    **IT IS SO ORDERED:**

23

24   _____
25                    **UNITED STATES MAGISTRATE JUDGE**
26
27                          8-17-2020
28                    **DATED:** _____

Page 4 of 4