BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Blake and Jenna Miller, individually and on behalf of C.M., a minor child,<br><br>                    Plaintiffs,<br><br>     v.<br><br>United States of America,<br><br>                    Defendant. | Case No.: 2:19-cv-01293-APG-VCF<br><br>**Stipulation to Continue Settlement Conference (First Request) [ECF No. 59]** |

The parties, through their respective counsel, seek to extend the settlement conference currently scheduled for 10:00 a.m., August 27, 2021, to a date sometime between September 13, 2021-September 30, 2021. The United States seeks this continuance because it needs additional time to acquire settlement authority which is forthcoming in the next two weeks. Counsel for Plaintiff is set for the damages phase of a mass-casualty trial which the Court has set for the months of October, November, and December. Therefore, the parties are respectfully requesting this settlement conference be continued to a date convenient to the Court but no later than September 13-September 30, 2021.[1]

Respectfully submitted this 18th day of August 2021.

| | |
|---|---|
| Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham & Jacob, PLLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Jamal Alsaffar<br>JAMAL ALSAFFAR<br>7500 Rialto Blvd.<br>Bldg. Two, Suite 250<br>Austin, Texas 78735<br>*Attorneys for Plaintiffs* | /s/ Brianna Smith<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |

---

[1] Due to the ongoing pandemic, the parties have agreed to appear remotely.

1   IT IS HEREBY ORDERED that the settlement conference is hereby rescheduled
2   and will be conducted by video conference at **10:00 a.m**., _____September 17_____**, 2021**, before
3   U.S. Magistrate Judge, Cam Ferenbach.

4   IT IS FURTHER ORDERED that the confidential settlement statements shall be
5   received by my chambers (U.S. Magistrate Judge Cam Ferenbach, located on the third
6   floor at 333 Las Vegas Boulevard South, Ste. 3005, Las Vegas, Nevada) - not later 4:00
7   p.m., _____September 10_____, 2021. The settlement conference will be by video conference.
8   ~~IT IS FURTHER ORDERED that counsel/parties choosing to appear by video~~
     Parties
9   must email chambers at VCF_Chambers@nvd.uscourts.gov, with all email address(es) to
10  be used for the video conference hearing by **noon**, _____September 10_____, 2021.

11  All remaining deadlines and orders from the Court's Order (ECF No. 59), will
12  otherwise remain in effect.

13  DATED this 19th day of August 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE