Danial Laird
Nevada Bar #11831
dan@lairdlaw.com
Jamal K. Alsaffar, pro hac vice
Texas Bar #24027193
jalsaffar@nationaltriallaw.com
Tom Jacob, pro hac vice
Texas Bar #24069981
tjacob@nationaltriallaw.com
7500 Rialto Blvd
Bldg. Two, Ste. 250
Austin, Texas 78735
Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **BLAKE** and **JENNA MILLER**, Individually and on Behalf of **C.M.**, a Minor Child, <br><br> Plaintiffs <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br><br> Defendant | Case Number <br> 2:19-cv-01293-APG-VCF <br><br><br> **UNOPPOSED AMENDED MOTION TO APPOINT GUARDIAN AD LITEM** |

1  Plaintiffs request the Court appoint Chip Evans, Evans & Herlihy Law
2  Firm, 4407 Bee Caves Rd., Suite 611, Austin, TX 78746 as guardian ad litem
3  for minor child C.M., for the limited purpose of reviewing a settlement agree-
4  ment affecting the resolution of this case and ensuring no conflict of interest
5  exists.

## BACKGROUND

This is a medical malpractice case. It is alleged that C.M. suffered severe and irreversible injury during labor and delivery at Mike O'Callaghan Federal Medical Center. His parents, Blake and Jenna Miller, filed this lawsuit individually and on behalf of C.M.

The Parties to this lawsuit reached a proposed settlement that requires the Court's approval prior to review and decision by the Attorney General or his designee. Because C.M. is a minor child, Plaintiffs request that the Court appoint a guardian ad litem to protect the interests of C.M. for the limited purpose of reviewing the settlement agreement and determining that this settlement is in C.M.'s best interest.

## ANALYSIS

Under Fed. R. Civ. P. 17(c), the Court may appoint a guardian ad litem where the Court believes the appointment to be in the best interest of a minor or disabled individual. *Scannavino v. Fla. Dep't of Corrections*, 242 F.R.D. 662, 666-67 (M.D. Fla. 2007). The Court has "broad discretion to fashion appropriate safeguards to protect the interests of incompetent persons and to decide whether to appoint a guardian ad litem under Rule 17(c)." *J.B. v. Banning Unified Sch. List.*, No. EDCV 18-2134-JGB, 2018 WL 6164312, at *1 (C.D. Cal. Oct. 18, 2018).

Here, both parents are parties. As a term of settlement, the United States requires Plaintiffs to obtain court approval of the settlement. An independent guardian ad litem will help the Court determine whether the settlement is within the best interests of C.M.

Plaintiffs request the Court appoint Chip Evans, Evans & Herlihy Law Firm, 4407 Bee Caves Rd., Suite 611, Austin, TX 78746, as an appropriate guardian ad litem for C.M. Plaintiffs currently live in the Killeen, Texas area where they have purchased land and intend to live there permanently. Also, their families live in Texas.

Plaintiffs have conferred with the United States, and they do not oppose this appointment. Mr. Evans is a licensed attorney in Texas and has considerable experience in serving as guardian for these types of cases. He is also board certified by the Texas Board of Legal Specialization. Given C.M.'s substantial future medical needs in the local area of Texas where C.M. has his permanent residence, it is important to provide a guardian ad litem who understands the availability of local medical care services. Plaintiffs contacted Mr. Evans and he is willing to accept this appointment as guardian ad litem, should the Court approve this motion.

## CONCLUSION

Plaintiffs request that the Court appoint Chip Evans as guardian ad litem to review the settlement in the above styled case and report to the Court on his review.

Respectfully Submitted,

/s/ Jamal Alsaffar
**JAMAL K. ALSAFFAR**, *pro hac vice*
   jalsaffar@nationaltriallaw.com
   Texas State Bar #24027193
**TOM JACOB**, *pro hac vice*
   tjacob@nationaltriallaw.com
   Texas State Bar #24069981
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham, & Jacob PLLC
   7500 Rialto Blvd, Bldg. Two, Ste 250
   Austin, TX 78735
   (512) 476-4346 (o)
   (512) 467-4400 (f)

**DANIAL LAIRD**
   dan@lairdlaw.com
   Nevada Bar #11831
Laird Law PLLC
   8991 West Flamingo Road, Suite C,
   Las Vegas, NV 89147
   (702) 202-3091 (o)

Attorneys for the Plaintiff

# CERTIFICATE OF CONFERENCE

By my signature above, Plaintiffs have conferred with the Government and the Government does not oppose this motion.

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | By my signature above, I certify that a copy of this pleading, Unopposed |
| 3 | Amended Motion to Appoint Guardian ad Litem, has been sent to the follow- |
| 4 | ing on December 23, 2021 via the Court's CM/ECF notice system. |

**Brianna Smith**
**U.S. Attorney's Office**
**501 Las Vegas Blvd South**
**Suite 1100**
**Las Vegas, NV 89101-**
**702-388-6533**
**Brianna.Smith@usdoj.gov**

Attorney for the Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **BLAKE** and **JENNA MILLER**, Individually and on Behalf of **C.M.**, a Minor Child,<br><br>Plaintiffs<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Defendant | Case Number 2:19-cv-01293-APG-VCF<br><br><br>**ORDER** |

1  After reviewing the motion to appoint a guardian ad litem, the Court
2  **ORDERS** Chip Evans, Evans & Herlihy Law Firm, 4407 Bee Caves Rd.,
3  Suite 611, Austin, TX 78746, shall be appointed the Guardian Ad Litem to
4  protect the interest of C.M. and to review the proposed settlement in the
5  above styled case. Within two weeks of the entry of this Order, Mr. Evans will
6  issue his report to the Court.
7
8
9                                                IT IS SO ORDERED.
10                                               _____
11                                               Cam Ferenbach
                                                 United States Magistrate Judge

                                                 DATED  12-29-2021  _____