BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Blake and Jenna Miller, individually and on behalf of C.M., a minor child,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>United States of America,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-01293-APG-VCF<br><br>**Stipulation to Continue Status Conference (First Request) [ECF No. 64]** |

　　　　The parties, through their respective counsel, seek to continue the status hearing currently scheduled for 10:00 a.m., March 21, 2022, (ECF No. 64) to a date after April 23, 2022. The United States seeks this continuance because it is currently in the final stages of the settlement process with obtaining authority from the Attorney General which is estimated to take around 8 weeks. Therefore, the parties are respectfully requesting this status hearing be continued to a date convenient to the Court after April 23, 2022.

　　　　Respectfully submitted this 3rd day of March 2022.

| | |
|---|---|
| Whitehurst, Harkness, Brees, Cheng,<br>Alsaffar, Higginbotham & Jacob, PLLC | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Jamal Alsaffar*<br>JAMAL ALSAFFAR<br>7500 Rialto Blvd.<br>Bldg. Two, Suite 250<br>Austin, Texas 78735<br>*Attorneys for Plaintiffs* | */s/ Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |

IT IS HEREBY ORDERED that the status conference is hereby rescheduled and will be conducted by video conference at **10:00 a.m**., **April 27, 2022**, before U.S. Magistrate Judge, Cam Ferenbach.

IT IS FURTHER ORDERED that counsel/parties must email chambers at Tawnee_Renfro@nvd.uscourts.gov, with all email address(es) to be used for the video conference hearing by **noon**, April 26, 2022.

DATED this 7th day of March 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE